# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA CAMPOS, *ET AL.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ESCONDIDO, *ET AL.*,<br><br>　　　　　　　Defendants. | Case No. 14-cv-00081-BAS(NLS)<br><br>**ORDER:**<br><br>**(1) GRANTING IN PART PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO CONTINUE RESPONSE DATE (ECF NO. 32);AND**<br><br>**(2) DENYING AS MOOT DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER PERMITTING FILING OF A JOINT STATEMENT OF UNDISPUTED FACTS (ECF NO. 34)** |

　　　Presently before the Court are two *ex parte* motions concerning Defendants' motion for summary judgment or, in the alternative, partial summary judgment. On December 15, 2015, Plaintiffs filed an *ex parte* motion requesting a three week extension of time to file an opposition to the motion for summary judgment. (ECF No. 32.) Defendants oppose. (ECF No. 33.) On January 5, 2016, Defendants filed an *ex parte* motion seeking leave to file a Joint Statement of Undisputed Facts. (ECF No. 34.) No opposition was filed.

1    Having read and considered the moving papers, and good cause appearing, the
2    Court **GRANTS IN PART** Plaintiffs' *ex parte* motion for an extension of time (ECF
3    No. 32).  Accordingly, Plaintiffs' opposition to Defendants' motion for summary
4    judgment or, in the alternative, partial summary judgment is due no later than
5    **January 18, 2016**, and Defendants' reply is due no later than **January 25, 2016**.
6    Thereafter, the Court will decide the motion on the papers submitted and without oral
7    argument, unless the parties are notified otherwise.  *See* Civ. L.R. 7.1(d)(1).

8    The Court further **DENIES AS MOOT** Defendants' *ex parte* motion seeking
9    leave to file a Joint Statement of Undisputed Facts (ECF No. 34).  While the Court's
10   Chambers Rules require leave of Court to file a "Separate" Statement of Fact, the
11   parties are required to file a "Joint" Statement of Undisputed Material Facts "no later
12   than the reply brief." (*See* Judge Bashant's Chambers' Rules at ¶ 4(F).)  To the extent
13   Defendants are seeking to file a "Separate" Statement of Fact, that request is denied.

14   **IT IS SO ORDERED.**

15   
16   **DATED:  January 8, 2016**

Hon. Cynthia Bashant
United States District Judge